IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDEL CLARK,** | : CIVIL ACTION NO. 1:21-CV-1167 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **FIDEL CLARK, COMMONWEALTH OF PENNSYLVANIA, PHILADELPHIA COUNTY, KEVIN KAUFFMAN,** | : |
| Respondents | : |

## ORDER

AND NOW, this 19th day of October, 2021, upon preliminary review of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania